RECEIVED
MAY 2 3 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINE ULRICH, ET AL. | MISC. CASE NO. 17-mc-00083 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Christine Ulrich, as Independent Administrator and Derivative Claimant; and Mary E. Maretti and Donald Maretti, Jr., as Derivative Claimants of the Estate of Donald Maretti, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 23rd day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE